COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-246-CV

 


 
 
 IN RE BRIAN KEITH DOTSON
 
 
  
 
 
 RELATOR
 
 


 

------------

 

ORIGINAL
PROCEEDING

 

------------

 

MEMORANDUM OPINION[1]

 

------------

          The court has considered relator’s
petition for writ of mandamus and is of the opinion that relator’s petition
should be dismissed.  See Harrell v. State, 286 S.W.3d 315,
321 (Tex. 2009) (holding that appellate review of withholding orders is by
appeal); In re Pannell, 283 S.W.3d
31, 36 (Tex. App.––Fort Worth 2009, orig. proceeding) (denying mandamus relief
from withdrawal order because remedy is by appeal).  Accordingly, relator’s petition for writ of
mandamus is dismissed.                                                                    

                                                                   PER
CURIAM

PANEL:  LIVINGSTON, C.J.; MCCOY and
MEIER,
JJ.     

 

DELIVERED:  July 23, 2010











[1]See Tex. R. App. P. 47.4.